CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 8 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TIMOTHY HANKINS CORBIN, | ) | |
| Petitioner, | ) | Civil Action No. 7:06-cv-00668 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MIDDLE RIVER REGIONAL JAIL, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the Corbin's 28 U.S.C. § 2254 petition shall be and hereby is **DISMISSED** without prejudice, and this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Memorandum Opinion and accompanying Order to the petitioner.

**ENTER**: This 78th day of November, 2006.

_____
United States District Judge